IN RE: ESTATE OF Mary D. FRANO

Petition of: Eagle Environmental, L.P.

No. 368 WAL 2016

Supreme Court of Pennsylvania.

March 20, 2017

### ORDER

PER CURIAM

**AND NOW**, this day of March 20, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Robert GEYER, Petitioner

No. 443 WAL 2016

Supreme Court of Pennsylvania.

March 20, 2017

### ORDER

PER CURIAM

**AND NOW**, this day of March 20, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Frank D. CLEMENT, Petitioner

No. 382 WAL 2016

Supreme Court of Pennsylvania.

March 21, 2017

### ORDER

PER CURIAM

**AND NOW**, this 21st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.